IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Darvis L. Carter
    Plaintiff,

vs.    Civil Action No. 23-CV-407-KD-N

Mobile County Public School System
    Defendant(s)

## COMPLAINT

1. Plaintiff resides at 1011 Sarena Ct. Richmond Texas 77406
2. Name(s) of defendant(s) Mobile County Public School System
3. Location of principal office(s) of the named defendant(s) 1 Magnum Pass Mobile, AL 36618
4. Nature of business of defendant(s) Public School
5. Approximate number of individuals employed by defendant(s) 7,200
6. The acts complained of in this suit concern:

    (A) ____ Failure to employ me.

    (B) ____ Termination of my employment.

    (C) ____ Failure to promote me.

    (D) ✓ Other acts as specified below: Discrimination towards race, Retaliation, Unfair pay, Sexual Misconduct

Rev. 8/2015

7. Plaintiff is:

    (A) \_\_\_\_ Presently employed by the defendant.

    (B) ✓ Not presently employed by the defendant.

        The dates of employment were _____

        (1) \_\_\_\_ Plaintiff was discharged.

        (2) \_\_\_\_ Plaintiff was laid off.

        (3) ✓ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

    (A) ✓ Race            \_\_\_\_ Sex

        ✓ Color           \_\_\_\_ National Origin

        \_\_\_\_ Religion

    Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

    (B) \_\_\_\_ Physical disability

        \_\_\_\_ Mental disability

    Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

    (C) \_\_\_\_ Age

    Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) **Ricky Broadhead, Caucasian, Male, Supervisor**

10. The alleged discrimination occurred on or about **09/23/2021**

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows:

On the morning of 09-23-2021 my Supervisor, Ricky Broadhead told a story in front of myself and three of my fellow Co-workers where he used the word Nigger to describe a African American. This was Not the first instance in which Ricky Broadhead used the Negitive and belitting word. After Reporting, I was retaliated Against by Removal from my Zone.

12. The alleged illegal activity took place at Mobile County Public School System

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about 10/02/2021

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 08/03/2023

14. I seek the following relief:

(A) ✓ Recovery of back pay.

(B) ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: 10-26-2023

Signature of Plaintiff

1011 Sarena Ct.
Richmond Texas 77406
Address of Plaintiff

(713) 940-7011
Telephone Number of Plaintiff

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic containing sensitive personal information or breakable items. Do not send or cash equivalent.



**Apply shipping documents on this side.**

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

