# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DARVIS L. CARTER,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIV. ACTION: 1:23-00407-KD-N |
| **MOBILE COUNTY PUBLIC SCHOOL SYSTEM,** | ) |
| **Defendant.** | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 6), made under 28 U.S.C. § 636(a-b), Fed. R. Civ. P. 72, and S.D. Ala. GenLR 72(a), and dated March 6, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff Darvis L. Carter's Complaint, (Doc. 1), is **DISMISSED** without prejudice for failure to prosecute, non-compliance with Court directives, and failure to timely pay the statutory filing fee.

**DONE** this the **3rd** day of **April 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**