IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARVIS L. CARTER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACTION: 1:23-00407-KD-N |
| | ) | |
| **MOBILE COUNTY PUBLIC SCHOOL SYSTEM,** | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice.

**DONE** this the **3rd** day of **April 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**